1  **GREGORY W. FOSTER** (State Bar No. 121931)
   **FOSTER LAW GROUP**
2  1104 Corporate Way
   Sacramento, CA 95831
3  Phone:  (916) 395-4422
   Fax:    (916) 395-4423
4  Email:  greglaw@jps.net

5  Attorney for Michelle Lea Buster

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,         | ) | Case No.:   2:15-CR-00182-JAM
12 |                                    | ) |
   |                         Plaintiff, | ) | **STIPULATION AND ORDER**
13 |       vs.                          | ) | **CONTINUING STATUS CONFERENCE;**
   |                                    | ) | **FINDING OF EXCLUDABLE TIME**
14 | MICHELLE LEA BUSTER,               | ) | DATE: Oct. 13, 2013
   |                                    | ) | TIME: 9:00 a.m.
15 |                      Defendant(s). | ) | JUDGE: Hon. John Mendez
16 |                                    | ) |

17                              **STIPULATION**

18         Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; and defendant

19 Michelle Buster, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

20         1.  A status conference is currently set for October 13, 2015 at 9:15 a.m.

21         2.  By this stipulation, the above-named defendant now moves to continue the status

22 conference to December 15, 2015, at 9:15 a.m., and to exclude time between October 13, 2015 and

23 December 15, 2015 under Local Code T4.  Plaintiff does not oppose this request.

24         3.  The basis upon which the parties agree to this proposed continuance of the status

25 conference is as follows:

26         a.  The government has provided defense counsel with the discovery associated with this

27 case.  All of this discovery has been either produced directly to counsel and/or made available for

28 inspection and copying, and/or will be made available.

                                            1

Stipulation and Order Continuing Status
*U.S. v. Buster*

    b.    Counsel for defendant has been reviewing these materials, has begun discussing them with his client, and assessing potential trial and sentencing issues.

    c.    Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case.  Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on December 15, 2015, and that it find excludable time from October 13, 2015 to December 15, 2015 through and including the December 15, 2015status conference.

    e.    The parties stipulate that the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5.  Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: Oct. 7, 2015                            BENJAMIN B. WAGNER
                                                  United States Attorney

                                                       /s/ Jason Hitt
                                                      JASON HITT
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff United States

DATED: Oct. 7, 2015

                                                       /s/ Gregory W. Foster
                                                      GREGORY W. FOSTER
                                                      Attorney for Defendant Michelle Buster

Stipulation and Order Continuing Status
*U.S. v. Buster*

**ORDER**

IT IS SO ORDERED.

Dated: October 7, 2015                    /s/ John A. Mendez
                                          HONORABLE JOHN MENDEZ
                                          Judge of the District Court

Stipulation and Order Continuing Status
*U.S. v. Buster*