**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:        (916) 395-4423
Email:     greglaw@jps.net

Attorney for Michelle Buster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    vs.<br><br>MICHELLE LEA BUSTER,<br><br>  Defendant(s). | Case No.:    2:15-CR-0182 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE**<br><br>DATE: Dec. 1, 2015<br>TIME:  2:00 p.m. |

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; and defendant Michelle Lea Buster, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. On December 1, 2015, the court ordered the defendant to be released the following day, December 2, 2015, to Pretrial Services for transport to WellSpace Healing treatment facility.  (Doc. 12.)

2. The defendant was originally arrested in August of 2015 on this case when she appeared in Solano County Superior Court on a state court case charging her with narcotics related offenses. Following her arrest in the present case, the Solano County Superior Court issued a bench warrant in the amount of $75,000 because of her non-appearance in that matter due to her detention in this case.

3. Defense counsel has spoken with defendant's state court counsel, Kellin Cooper, and he indicated that the Solano County Superior Court is likely to recall the warrant and continue the defendant on her bail so that she may attend the residential treatment program.  The Marshals Office indicated during the processing of the defendant on December 2, 2015 that they will honor the warrant from Solano County.  Defense counsel has spoken with Mr. Cooper and he indicated that he

1

will make due and speedy efforts to bring the defendant's matter before the Solano County Superior Court to address the bail issue.

4. Assuming that the Solano County Superior Court is willing to recall the warrant and continue the defendant on the bail posted in that case, the parties request the following modification to the orders issued December 1, 2015: upon defendant Michelle Buster's release from custody in Solano County, the third party custodian, Morris Richard Buster, will deliver the defendant without undue delay, and on the same business day of her release if feasible, to the Pretrial Services office for transport to WellSpace Healing treatment facility.

5. Defense counsel has spoken to Morris Richard Buster and he is willing to receive the defendant from the Solano County officials following her release and timely deliver her to the Pretrial Services office as required.

IT IS SO STIPULATED.

Dated:  Dec. 2, 2015                                    Respectfully Submitted:


/s/  Gregory W. Foster
GREGORY W. FOSTER
Attorney for Michelle Lea Buster


DATED: Dec. 2, 2015                                    BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ Jason Hitt
                                                       JASON HITT
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff United States

**ORDER.**

BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, it is hereby order that the conditions of release issued December 1, 2015 shall be modified to include the following language: upon defendant Michelle Buster's release from custody in Solano County, the third party custodian, Morris Richard Buster, will deliver the defendant without undue delay, and on the same business day of her release if feasible, to the Pretrial Services office for transport to WellSpace Healing treatment facility. All other terms and conditions of release remain the same.

Dated: December 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE