UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 01, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE LEA BUSTER,<br><br>Defendant. | Case No.  2:15-cr-00182-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHELLE LEA BUSTER ,

Case No.  2:15-cr-00182-JAM  from custody for the following reasons:

_____   Release on Personal Recognizance

X   Bail Posted in the Sum of $  25,000 unsecured, to be replaced by the posting of property owned by father.

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

X   (Other): To be released on 12/2/2015 at 9:00 AM, to Pretrial Services for transport to WellSpace Health

Issued at Sacramento, California on December 01, 2015 at _____

By: _____

Magistrate Judge Carolyn K. Delaney