**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for Michelle Lea Buster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MICHELLE LEA BUSTER,<br><br>          Defendant(s). | Case No.:    2:15-CR-00182-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE:  December 15, 2015<br>TIME: 9:15 a.m.<br>JUDGE:  Hon. John Mendez |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; and defendant Michelle Buster, through counsel, Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for December 15, 2015 at 9:15 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to March 15, 2016, at 9:15 a.m., and to exclude time between December 15, 2015 and March 15, 2016 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. The government has provided defense counsel with the discovery associated with this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

    b.    Counsel for defendant has been reviewing these materials, has begun discussing them with his client, and assessing potential trial and sentencing issues.

    c.    Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case.  Further, defendant was recently placed in a facility with the assistance of Pretrial Services and successful completion of that program is critical to a positive outcome for the defendant in this case.  The parties agree that the defendant should be given an appropriate opportunity to successfully complete the program.

    e.    The parties stipulate that the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: Dec. 7, 2015                        BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ Jason Hitt
                                                   JASON HITT
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff United States

DATED: Dec. 7, 2015

                                                 /s/ Gregory W. Foster
                                                 GREGORY W. FOSTER
                                                 Attorney for Defendant Michelle Buster

Stipulation and Order Continuing Status
*U.S. v. Buster*

**ORDER**

IT IS SO ORDERED.

Dated: December 7, 2015              /s/ John A. Mendez
                                     HONORABLE JOHN A. MENDEZ
                                     Judge of the U. S. District Court

Stipulation and Order Continuing Status
*U.S. v. Buster*