**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA 95831
Phone:   (916) 395-4422
Fax:      (916) 395-4423
Email:   greglaw@jps.net

Attorney for Michelle Buster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHELLE LEA BUSTER,<br><br>            Defendant. | Case No.: 2:15-CR-0182 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; and defendant Michelle Lea Buster, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. On December 1, 2015, the court ordered the defendant to be released to Pretrial Services for transport to WellSpace Healing treatment facility.  (Doc. 12.)  The court also approved a third party custody arrangement in which the defendant's father, Morris Buster, agreed to serve as third party custodian.  (Doc. 17.)

2. The defendant has successfully completed the initial program at WellSpace Healing and is scheduled to be released on Wednesday, March 2, 2016.  The defendant and her parents have asked that the third party custody arrangement be modified to allow the defendant's mother, Fran Jacobs-Buster, to serve as third party custodian.

3. Additionally, Pretrial Services is requesting that the conditions of release include the following language:

1

You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;.

4. I have spoken with Fran Jacob-Buster and she confirmed she will serve as the Third Party Custodian. She has signed and faxed a copy of the appropriate form to me. She will see the defendant on March 1 and will obtain her signature on the third party custody form as well and return the original to me via U.S. mail. I anticipate that I will be able to supply the original to the court no later than the close of business on Monday, March 7, 2016.

5. Therefore, the parties request that the conditions of release be modified to allow for the defendant's release from WellSpace Healing treatment facility on March 2, 2016, to include the language in paragraph 3, and subject to the delivery of a fully executed Third Party Custody form to the court by the close of business on March 7, 2016.

6. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

IT IS SO STIPULATED.

Dated:  Dec. 2, 2015                                  Respectfully Submitted:


                                                      /s/  Gregory W. Foster
                                                      GREGORY W. FOSTER
                                                      Attorney for Michelle Lea Buster



DATED: Dec. 2, 2015                                   BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ Jason Hitt
                                                      JASON HITT
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff United States

**ORDER.**

BASED ON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFOR, it is hereby order that the conditions of release issued December 1, 2015 shall be modified as follows:

1.  Fran Jacobs-Buster shall replace Morris Richard Buster as the Third Party Custodian, effective March 2, 2016 and subject to the filing of a Third Party Custody agreement signed by Fran Jacobs-Buster and the defendant by March 7, 2016;

2.  The defendant shall participate in a cognitive behavior treatment program as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

All other terms and conditions of release shall remain in effect.

Dated:  March 1, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE