**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:     (916) 395-4423
Email:   greglaw@jps.net

Attorney for Michelle Lea Buster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHELLE LEA BUSTER,<br><br>            Defendant(s). | Case No.:    2:15-CR-00182-JAM<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE:  March 15, 2016<br>TIME: 9:00 a.m.<br>JUDGE:  Hon. John Mendez |

### STIPULATION

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; and defendant Michelle Buster, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for March 15, 2016 at 9:15 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to May 3, 2016, at 9:15 a.m., and to exclude time between March 15, 2016 and May 3, 2016 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. The government has provided defense counsel with the discovery associated with this case.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

    b.    Counsel for defendant has been reviewing these materials, has begun discussing them with his client, and assessing potential trial and sentencing issues.

    c.    Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case. Defendant Buster participated in and successfully completed a residential rehabilitation program which began on December 1, 2015. She graduated on March 2, 2016. During this time, she was essentially unavailable to defense counsel so she could successfully participate in the program. Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on May 3, 2016, and that it find excludable time from March 15, 2016 to May 3, 2016 through and including the May 3, 2016 status conference.

    e.    The parties stipulate that the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED:  March 12, 2016                        BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     /s/ Jason Hitt
                                                     JASON HITT
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff United States

Stipulation and Order Continuing Status
*U.S. v. Buster*

DATED: March 12, 2016

                                                /s/ Gregory W. Foster
                                                GREGORY W. FOSTER
                                                Attorney for Defendant Michelle Buster

**ORDER**

IT IS SO ORDERED.

Dated: 3/14/2016                                       /s/ John A. Mendez
                                                HONORABLE JOHN MENDEZ
                                                Judge of the U. S. District Court

Stipulation and Order Continuing Status
*U.S. v. Buster*