**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for Michelle Buster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　　vs.<br><br>MICHELLE LEA BUSTER,<br><br>　　　　　　　　　　Defendant(s). | Case No.:   2:15-CR-0182-JAM<br><br>**WAIVER OF DEFENDANT'S PRESENCE --**<br>**(Fed. R. Crim. Pro. 43.)** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, Michelle Lea Buster, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, evidentiary hearing, plea, impanelment of jury, trial, and imposition of sentence. Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated:  March 12, 2016

                  /s/ Michelle Lea Buster
Michelle Lea Buster
(Original retained in attorney's file.)

I agree with and consent to my client's waiver of appearance.

Dated:  March 14, 2016

                  /s/ Gregory W. Foster
GREGORY W. FOSTER
Attorney at Law
Attorney for Michelle Lea Buster

**ORDER**

IT IS SO ORDERED.

Dated:  3/21/2016                 /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        District Judge of the Eastern District

Waiver of Appearance (FRCP 43)
*U.S. v. Buster*