**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:      (916) 395-4423
Email:    greglaw@jps.net

Attorney for Michelle Lea Buster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　　　　　　Plaintiff, <br><br>   vs. <br><br>MICHELLE LEA BUSTER, <br><br>　　　　　　　　　　Defendant(s). | Case No.:    2:15-CR-00182-JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME** <br> DATE:  June 21, 2016 <br> TIME: 9:15 a.m. <br> JUDGE:  Hon. John Mendez |

### STIPULATION

Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt, and defendant Michelle Buster, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for June 21, 2016 at 9:15 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to July 12, 2016, at 9:15 a.m., and to exclude time between June 21, 2016 and July 12, 2016 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a.    The government has provided defense counsel with the discovery associated with this case.  All of this discovery has been either produced directly to counsel and/or made

1

available for inspection and copying, and/or will be made available.  The government has also proffered a written plea agreement.

b. Counsel for defendant has been reviewing these materials, has begun discussing them with his client, and assessing potential trial and sentencing issues.

c. Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case.

d. Defense counsel is involved as one of three defense counsel in the state prosecution of *People v. Hill et al*., a homicide prosecution, bearing Sacramento County Superior Court case number 15F05755.  That case has been preassigned to the Honorable Maryanne Gillard in Dept. 12 of that court and the trial is scheduled to begin on June 13, 2016.  The court and counsel are currently in the process of resolving *in limine* issues and have two court dates set aside for resolution of those issues prior to the scheduled start date.  It is anticipated that trial will conclude sometime near the end of August, 2016.

e. However, the court in that case will not be in session for the week of July 11-14 and defense counsel is available to schedule this case for that week.

f. At the last status conference, defense counsel asked for a status conference date in September of 2016, based on the homicide prosecution but that request was denied, in large part due to the length of the requested delay.   The current request is much shorter, only three weeks later than the current date.

f. Based on the foregoing, the parties ask that the Court set this matter for a status conference on July 12, 2016, and that it find excludable time from June 16, 2016 to through and including the proposed July 12, 2016 status conference.

e. The parties stipulate that the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: May 23, 2016              BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney
                                 Attorney for Plaintiff United States

DATED: May 23, 2016

                                  /s/ Gregory W. Foster
                                 GREGORY W. FOSTER
                                 Attorney for Defendant Michelle Buster

**ORDER**

IT IS SO ORDERED.

Dated: 5/24/2016                  /s/ John A. Mendez
                                 HONORABLE JOHN A. MENDEZ
                                 United States District Court Judge

Stipulation and Order Continuing Status
*U.S. v. Buster*