**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for Michelle Lea Buster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MICHELLE LEA BUSTER,<br><br>                    Defendant(s). | Case No.:   2:15-CR-00182-JAM<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RECONVEYING DEED OF**<br>**TRUST** |

### STIPULATION

    Plaintiff, United States of America, through Assistant U.S. Attorney Jason Hitt; and defendant Michelle Buster, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

    1.  Defendant Buster was released from custody during the pendency of this case and that release was secured in part by a property bond which in turn was secured by real property owned by defendant's father.

    2. Specifically, on Dec. 22, 2015, deed of trust number 20150028546 was received by the clerk of the court as that security.  [Doc. 22.]

    3. Defendant Buster was sentenced on January 10, 2017 and committed to the custody of the Bureau of Prisons.  [Doc. 49.]

    4.  Since this case is final, any and all interest in the real property securing the bond should be returned to the grantors, Morris Richard Buster and Melody Buster, and by this stipulation and

1

proposed order, the parties request that the court order the Clerk of the Court to reconvey any right, title and/or interest in the real property to the grantors forthwith.

**IT IS SO STIPULATED.**

DATED: February 14, 2017              Phillip Talbert
                                      United States Attorney

                                      /s/ Jason Hitt
                                      JASON HITT
                                      Assistant United States Attorney
                                      Attorney for Plaintiff United States

DATED: February 14, 2017

                                      /s/ Gregory W. Foster
                                      GREGORY W. FOSTER
                                      Attorney for Defendant Michelle Buster

### ORDER

IT IS HEREBY ORDERED that the Clerk of the Court shall reconvey forthwith any right, title and interest received as beneficiary to the deed of trust number 20150028546, said reconveyance to be made in the name of Morris Richard Buster and Melody Buster.

Dated:  February 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order Reconveying Deed
*U.S. v. Buster*